# United States Court of Appeals
## For the Eighth Circuit

_____

No. 23-1580
_____

United States of America

*Plaintiff - Appellee*

v.

Michael Kuhn

*Defendant - Appellant*
_____

Appeal from United States District Court
for the Western District of Arkansas
_____

Submitted: September 13, 2023
Filed: September 18, 2023
[Unpublished]
_____

Before LOKEN, SHEPHERD, and GRASZ, Circuit Judges.
_____

PER CURIAM.

Michael Kuhn appeals the sentence the district court[1] imposed after he pled guilty to unlawfully possessing methamphetamine with the intent to distribute. His

_____

[1]The Honorable Timothy L. Brooks, United States District Judge for the Western District of Arkansas.

counsel has moved to withdraw and has filed a brief under *Anders v. California*, 386 U.S. 738 (1967), challenging the substantive reasonableness of the sentence.

After careful review, we conclude the district court did not abuse its discretion in sentencing Kuhn. *See United States v. Feemster*, 572 F.3d 455, 461-62 (8th Cir. 2009) (en banc) (standard of review); *see also United States v. Callaway*, 762 F.3d 754, 760-61 (8th Cir. 2014) (presuming reasonable sentences within United States Sentencing Guidelines Manual range). Further, having independently reviewed the record under *Penson v. Ohio*, 488 U.S. 75 (1988), we find no nonfrivolous issues for appeal. Accordingly, we grant counsel leave to withdraw and affirm.

_____